TRIAL & TECHNOLOGY LAW GROUP
A PROFESSIONAL CORPORATION
ROBERT A. SPANNER SBN 60308
3723 HAVEN AVENUE #132
MENLO PARK, CA 94025
PHONE: (650) 324-2223
FAX: (650) 233-2790
email - ras@techtriallaw.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELL DAVIS, | CASE NO. 10-CV-00489 MEJ |
| Plaintiff, | **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |
| v. | |
| WELLS FARGO BANK, *et al.*, | |
| Defendants. | |
| _____/ | |

TO DEFENDANTS WELLS FARGO NATIONAL BANK, AS TRUSTEE, DEFENDANT GMAC MORTGAGE AND ETS SERVICES, LLC,

The Application for a Temporary Restraining Order came on for hearing on February __, 2010.  The Court finds that good cause exists for the entry of a Temporary Restraining Order, in that it appears from Plaintiff's papers that there is a reasonable likelihood that Plaintiff will prevail on the merits.  The Court also finds that irreparable injury will occur unless a Temporary Restraining Order is issued, in that Plaintiff's home will be foreclosed upon unless an Order is issued, and Plaintiff will be irredeemably prejudiced in any attempt to purchase another residence in the future due to the fact of the foreclosure on her credit record.  The Court also has considered the public interest in the integrity of the foreclosure process.  Accordingly,

YOU, AND EACH OF YOU ARE HEREBY ORDERED TO SHOW CAUSE before this Court on _____, 2010 at the hour of _____, or as soon thereafter as the matter may be heard at 450 Golden Gate Avenue, San Francisco, California why you and your officers, agents, employees, and attorneys and those in active concert or participation with you or them, should

1  not be restrained and enjoined during the pendency of this action and until trial, from:
2      1)      acting to deprive Plaintiff Estell Davis of possession or ownership of the real
3                property located at 861 22nd Street, Oakland, CA 94607 (Alameda County)
4                ("Plaintiff's home");
5      2)      instituting, prosecuting or maintaining foreclosure on or sale of Plaintiff's home;
6                or
7      3)      recording any deeds or mortgages regarding Plaintiff's home, or making adverse
8                reports to credit reporting agencies regarding Plaintiff.
9      Pending hearing on the above Order to Show Cause, you and your officers, agents,
10 employees, and attorneys and those in active concert or participation with you or them ARE
11 HEREBY RESTRAINED AND ENJOINED from:
12      1)      acting to deprive Plaintiff Estell Davis of possession or ownership of the real
13                property located at 861 22nd Street, Oakland, CA 94607 (Alameda County)
14                ("Plaintiff's home");
15      2)      instituting, prosecuting or maintaining foreclosure on or sale of Plaintiff's home;
16                or
17      3)      recording any deeds or mortgages regarding Plaintiff's home, or making adverse
18                reports to credit reporting agencies regarding Plaintiff.
19      This Order to Show Cause and supporting papers shall be served on Defendants no later
20 than February ____, 2010.  Any opposition to this Order to Show Cause must be filed and
21 personally served on Plaintiff's counsel or served by email on _____.  A reply
22 memorandum may be filed by _____, and shall be personally served or served by email on
23 the date of filing.
24      Since the Plaintiff has been demonstrated to be impecunious, there is no showing of a
25 possibility of loss accruing to Defendants in the event a foreclosure is delayed until Plaintiff's
26 motion for a preliminary injunction can be heard, and the great weight of hardship would fall on
27 Plaintiff if a Temporary Restraining Order does not issue, and there is a strong likelihood of
28 Plaintiff's success on the merits;

1  IT IS FURTHER ORDERED that no bond need be posted by Plaintiff.

3  Dated: _____, 2010 at the hour of _____.

   _____
   U.S. DISTRICT COURT JUDGE