THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTELL DAVIS,

    Plaintiff,

vs.

WELLS FARGO BANK, et al.,

    Defendant.
_____/

No. C-10-0489 MEJ

**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

\_\_\_\_ (1) One or more of the parties has requested reassignment to a United States District Judge, or

_X_ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

\_\_\_\_ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby **VACATED.**

Dated: February 4, 2010

                                     MARIA-ELENA JAMES
                                     Chief United States Magistrate Judge