TRIAL & TECHNOLOGY LAW GROUP
A PROFESSIONAL CORPORATION
ROBERT A. SPANNER SBN 60308
SUSAN KALRA SBN 167940
3723 HAVEN AVENUE #132
MENLO PARK, CA 94025
PHONE: (650) 324-2223
FAX: (650) 233-2790
email - ras@techtriallaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELL DAVIS,<br><br>　　　　　Plaintiff,<br>v.<br><br>WELLS FARGO BANK, *et al.*,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 10-CV-00489 PJH<br><br>**SUPPLEMENTAL DECLARATION OF SUSAN KALRA IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>**FORECLOSURE SALE SCHEDULED FOR FEBRUARY 5, 2010**<br><br>Date:<br>Time:<br>Dept. |

　　　　Susan Kalra states and declares:

　　　　1.　　I am admitted to practice in all of the Courts of this State, and I am a employed as an attorney by Trial & Technology Law Group, counsel for Plaintiff Estell Davis. This declaration is made on personal knowledge.

　　　　2.　　Attached hereto as Exhibit 2 are true and correct copies of the transmittal letters faxing to ETS Services and GMAC Mortgage Plaintiff's Complaint, application for temporary restraining order, the declarations of Austin Greiner, Estell Davis and Susan Kalra together with their exhibits, and the proposed order on February 4, 2010.

---

Suppl. Kalra Decl. In Suppt of Application for TRO  –   1
Case No. 10-CV-00489 PJH

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed February 4, 2010.

_____
Susan Kalra

Suppl. Kalra Decl. In Suppt of Application for TRO  –   2
Case No. 10-CV-00489 PJH

# EXHIBIT 2

Case4:10-cv-00489-PJH   Document10   Filed02/04/10   Page3 of 5

Trial & Technology Law Group
A Professional Corporation
3723 Haven Avenue #132
Menlo Park, CA 94025
Phone: (650) 678-4644
email: sqk@techtriallaw.com

February 4, 2010

**VIA TELECOPIER**
866-709-4744

GMAC Mortgage
3451 Hammond Avenue
Waterloo, IA 50702

    Re:    TS No.    GM228765C
              Loan No.:  0369500264
              APN.:     003-0029-020-00
              Re:       Trustee Sale Date 2/5/2010 @ 12:30 p.m.

Dear Legal Department:

We represent Estell Davis at 861 22nd Street, Oakland, CA 94607.

Accompanying this letter are Plaintiff Estell Davis' application for a temporary restraining order and motion for preliminary injunction, supporting declarations, and a proposed order. We will appear in Court for hearing on the application as soon as the Court permits. We received a notice of impending reassignment to a different judge. We will advise you of the date, time and department where the hearing will be held as soon as we receive that information from the Court.

                                  Very truly,

                                  /s/
                                  Susan Kalra

SQK:sk
1002043
Encl.

    cc:     ETS Services, LLC, attn: Reinstatement Department (via telecopier - 818-260-1850)

Trial & Technology Law Group
A Professional Corporation
3723 Haven Avenue #132
Menlo Park, CA 94025
Phone: (650) 678-4644
email: sqk@techtriallaw.com

February 4, 2010

**VIA TELECOPIER**
866-709-4744

GMAC Mortgage
3451 Hammond Avenue
Waterloo, IA 50702

      Re:    TS No.    GM228765C
             Loan No.:  0369500264
             APN.:    003-0029-020-00
      Re:    Trustee Sale Date 2/5/2010 @ 12:30 p.m.

Dear Legal Department:

We represent Estell Davis at 861 22nd Street, Oakland, CA 94607.

A lawsuit contesting the foreclosure and various violations of California and Federal statutes has been filed in the Federal District Court for the Northern District of California. A copy of the complaint is attached.

Please delay the stated sale date. This will avoid additional expenses you may unnecessarily incur. You may also avoid additional damages to my client.

Thank you for your courtesy and cooperation in this matter.

                                              Very truly,

                                              /s/

                                            Susan Kalra

SQK:sk
1002041
Encl.

cc:    ETS Services, LLC, attn: Reinstatement Department (via telecopier - 818-260-1850)