```
TRIAL & TECHNOLOGY LAW GROUP
A PROFESSIONAL CORPORATION
ROBERT A. SPANNER SBN 60308
SUSAN KALRA SBN 167940
3723 HAVEN AVENUE #132
MENLO PARK, CA 94025
PHONE: (650) 324-2223/(650) 678-4644
FAX: (650) 233-2790
email - ras@techtriallaw.com
```

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELL DAVIS, | CASE NO. 10-CV-00489 PJH |
| Plaintiff, | **DECLARATION OF CYNTHIA NOMIKOS** |
| v. | |
| WELLS FARGO BANK, *et al.*, | **FORECLOSURE SALE SCHEDULED FOR FEBRUARY 5, 2010** |
| Defendants. | |
| _____/ | Date: 2/5/10<br>Time: 9:00 a.m.<br>Crtrm: Hon. Phyllis J. Hamilton |

Cynthia Nomikos states and declares as follows:

1. I am employed as a Legal Assistant by Trial & Technology Law Group, counsel for Plaintiff Estell Davis. This declaration is made on personal knowledge.

2. Attached hereto as Exhibit 1 is a true and correct copy of the notification letter of the TRO hearing I sent to GMAC Mortgage and ETS Services on the afternoon of February 4, 2010.

3. On February 4, 2010 at approximately 4:18 p.m., I called GMAC Mortgage (800-766-4622) and spoke to Jeff . I notified Jeff of the date, time and location of the hearing on Plaintiff's TRO application. Jeff said he would document the information I related to him, and he also told me to call ETS Services because my call concerns a legal matter.

4. At approximately 4:50 p.m. I called ETS Services (800-665-3932) and spoke to

Declaration of Cynthia Nomikos –
Case No. 10-CV-00489 PJH

1  Mr. Lang.  I notified Mr. Lang of the date, time and location of the hearing on Plaintiff's TRO
2  application, and Mr. Lang confirmed that he received the fax attached as Exhibit 1 hereto..
3      I declare under penalty of perjury under the laws of the State of California that the
4  foregoing is true and correct.
5      Dated: February 4, 2010.

                                              Cynthia Nomikos

Declaration of Cynthia Nomikos –
Case No. 10-CV-00489 PJH