TRIAL & TECHNOLOGY LAW GROUP
A PROFESSIONAL CORPORATION
ROBERT A. SPANNER SBN 60308
3723 HAVEN AVENUE, SUITE 132
MENLO PARK, CA 94025
PHONE: (650) 324-2223/(650) 324-2277
FAX: (650) 324-0178
email - ras@techtriallaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ESTELL DAVIS,

               Plaintiff,

v.

WELLS FARGO BANK, *et al.*,

               Defendants.

_____/

CASE NO. 10-CV-00489 PJH

**STIPULATED PRELIMINARY INJUNCTION; [~~PROPOSED~~] ORDER**

WHEREAS a trustee's sale of Plaintiff's home is presently scheduled for April 29, 2010;

WHEREAS on March 5, 2010 Plaintiff filed a Motion For Preliminary Injunction seeking an injunction against Defendants from taking the following actions:

    a)      depriving Plaintiff Estell Davis of possession or ownership of the real property located at 861 22nd Street, Oakland, CA 94607 (Alameda County) ("Plaintiff's home");

    b)      instituting, prosecuting or maintaining foreclosure on or sale of Plaintiff's home; or

    c)      recording any deeds or mortgages regarding Plaintiff's home, or making adverse reports to credit reporting agencies regarding Plaintiff;

WHEREAS the parties have met and conferred regarding the necessity of holding a hearing on Plaintiff's Motion For Preliminary Injunction,

Pursuant to Civ. L.R. 7-12, the parties hereto, by and through their counsel, stipulate and agree as follows:

Stipulated Prelim. Injunction –
Case No. 10-CV-00489 PJH

1

1.    During the pendency of this case, GMAC Mortgage, LLC will not take the following actions, and will direct the foreclosure trustee and the loan servicer to refrain from taking the following actions:

    a)    depriving Plaintiff Estell Davis of possession or ownership of the real property located at 861 22nd Street, Oakland, CA 94607 (Alameda County) ("Plaintiff's home");

    b)    instituting, prosecuting or maintaining foreclosure on or sale of Plaintiff's home; or

    c)    recording any deeds or mortgages regarding Plaintiff's home, or making adverse reports to credit reporting agencies regarding Plaintiff;

2.    Plaintiff shall not be required to post a bond.

3.    Plaintiff shall request that the Court take the hearing on Plaintiff's Motion For Preliminary Injunction off calendar.

Dated: _____March 25, 2010_____

                             TRIAL & TECHNOLOGY LAW GROUP
                             A Professional Corporation
                             Attorneys for Plaintiff
                             ESTELL DAVIS

                                    /s/ Robert A. Spanner
                           By _____
                                   Robert A. Spanner

Dated: _____March 22, 2010_____

                               WOLFE & WYMAN, LLP
                             Attorneys for Defendant
                             GMAC MORTGAGE, LLC

                                    /s/ Brian H. Gunn
                           By _____
                                   Brian H. Gunn

Stipulated Prelim. Injunction –
Case No. 10-CV-00489 PJH

2

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: _3/29/10_____

_____
UNITED STATE~~~~~~~~~~~GE

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Stipulated Prelim. Injunction  –
Case No. 10-CV-00489 PJH

3

# EXHIBIT 1

1.  During the pendency of this case, GMAC Mortgage, LLC will not take the following actions, and will direct the foreclosure trustee and the loan servicer to refrain from taking the following actions:

    a) depriving Plaintiff Estell Davis of possession or ownership of the real property located at 861 22nd Street, Oakland, CA 94607 (Alameda County) ("Plaintiff's home");

    b) instituting, prosecuting or maintaining foreclosure on or sale of Plaintiff's home; or

    c) recording any deeds or mortgages regarding Plaintiff's home, or making adverse reports to credit reporting agencies regarding Plaintiff;

2.  Plaintiff shall not be required to post a bond.

3.  Plaintiff shall request that the Court take the hearing on Plaintiff's Motion For Preliminary Injunction off calendar.

Dated: _____

TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Attorneys for Plaintiff
ESTELL DAVIS


By _____
    Robert A. Spanner


Dated: 3/22/10

WOLFE & WYMAN, LLP
Attorneys for Defendant
GMAC MORTGAGE, LLC


By _____
    Brian H. Gunn

Stipulated Prelim. Injunction –
Case No. 10-CV-00489 PJH

2