TRIAL & TECHNOLOGY LAW GROUP
A PROFESSIONAL CORPORATION
ROBERT A. SPANNER SBN 60308
3723 HAVEN AVENUE, SUITE 132
MENLO PARK, CA 94025
PHONE: (650) 324-2277
FAX: (650) 233-2790
email - ras@techtriallaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELL DAVIS,<br><br>    Plaintiff,<br>v.<br><br>WELLS FARGO BANK, *et al.*,<br><br>    Defendants.<br>_____/ | CASE NO. 10-CV-00489 PJH<br><br>**STIPULATION TO EXTEND TIME** |

    Pursuant to Civ. L.R. 6-1(b) and 6-2(a), Plaintiff Estelle Davis and Defendant GMAC Mortgage LLC ("GMAC"), by and through their respective counsel, stipulate and agree as follows:

    WHEREAS Defendant GMAC filed its Motion to Dismiss Plaintiff's Complaint and its Motion to Strike portions of Plaintiff's Complaint, and

    WHEREAS, Plaintiff's counsel requested of Defendant's counsel Brian Gunn on or about March 22, 2010 an extension of timeon in which to file Plaintiff's opposition, and

WHEREAS Defendant GMAC has requested an extension of time in which to respond to Plaintiff'sComplaint on behalf of Wells Fargo Bank, National Association, as Trustee for Series HBV2007-3;

    IT IS HEREBY STIPULATED AND AGREED by the parties that              1. Plaintiff Estelle Davis shall file her Opposition to GMAC's motions to dismiss and strike on April 21, 2010;

    2. Defendant GMAC shall file its reply memorandum on April 28, 2010;

3. The hearing on GMAC's motions, previously set for April 21, 2010, shall be heard on May 12, 2010; and

4. Defendant Wells Fargo Bank, National Association, as Trustee for Series HBV 2007-3, shall respond to Plaintiff's Complaint by April 19, 2010.

This Stipulation is not requested for purposes of delay. The case is not yet at issue, and the initial case management conference has not been held; and there have been no prior extensions of time in this case.

Dated: April 9, 2010

Robert A. Spanner, SBN 60308
TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
3723 Haven St., Suite 132
Menlo Park, CA 94025

/s/ Robert A. Spanner
_____
Robert A. Spanner

Dated: April 8, 2010

Kimberly A. Paese, SBN 258294
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 645
Walnut Creek, CA 94596

/s/ Kimberly A. Paese
_____
Kimberly A. Paese

Pursuant to stipulation, IT IS SO ORDERED.

4/13/10

U.S. DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton

Stipulated Motion to Extend Time     2
Case No. 10-CV-00489 PJH