MARY KATE SULLIVAN (State Bar No. 180203)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
GMAC MORTGAGE LLC.
WELLS FARGO BANK, NATIONAL
ASSOCIATION, TRUSTEE, AS
TRUSTEE FOR SERIES HBV 2007-3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELL DAVIS<br><br>Plaintiffs,<br><br>vs.<br><br>GMAC MORTGAGE, LLC., et al.,<br><br>Defendants. | CASE NO.4:10-cv-00489-PJH<br><br>Assigned to: Hon. Phyllis J. Hamilton<br>U. S. District Judge<br><br>Referred to: Hon. Howard R. Lloyd<br>Magistrate Judge<br><br>**SUBSTITUTION OF ATTORNEY** |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE: Defendants GMAC MORTGAGE, LLC and WELLS FARGO BANK, NATIONAL ASSOCIATION, TRUSTEE, AS TRUSTEE FOR SERIES HBV 2007-3 ("Defendants") hereby substitute Mary Kate Sullivan of the law firm of Severson & Werson, A Professional Corporation, located at One Embarcadero Center, Suite 2600, San Francisco, California 94111, Telephone (415) 398-3344, Facsimile (415) 956-0439 as their counsel of record in the above referenced action in place of Brian H. Gunn and Kimberly Ann Paese, Wolfe & Wyman LLP located at 2175 N. California Blvd., Ste 645, Walnut Creek, CA 94596, Telephone (925) 280-0004, Facsimile (925) 280-0005.

DATED: May 18, 2010                GMAC MORTGAGE, LLC

                                   By: /s/ Katherine Priore
                                       Katherine Priore

DATED: May 18, 2010                WELLS FARGO BANK, NATIONAL
                                   ASSOCIATION, TRUSTEE, AS TRUSTEE
                                   FOR SERIES HBV 2007-3

                                   By: /s/ Katherine Priore
                                       Katherine Priore

I HEREBY ACCEPT THIS SUBSTITUTION:

DATED: May 17, 2010                SEVERSON & WERSON
                                   A Professional Corporation

                                   By: /s/ Mary Kate Sullivan
                                       Mary Kate Sullivan
                                       Attorneys for Defendants

I CONSENT TO THE ABOVE SUBSTITUTION:

DATED: May 18, 2010                WOLFE & WYMAN LLP

                                   By: _____
                                       Wolfe & Wyman LLP for
                                       Stuart B. Wolfe
                                       Brian H. Gunn
                                       Kimberly A. Paese

# ORDER

The foregoing Substitution of Attorney is hereby authorized by this Court.

IT IS SO ORDERED.

DATED: May 20, 2010

By: _____

