TRIAL & TECHNOLOGY LAW GROUP
A PROFESSIONAL CORPORATION
ROBERT A. SPANNER SBN 60308
3723 HAVEN AVENUE, SUITE 132
MENLO PARK, CA 94025
PHONE: (650) 324-2223/(650) 324-2277
FAX: (650) 324-0178
email - ras@techtriallaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELL DAVIS, | CASE NO. 10-CV-00489 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO CONTINUE HEARING ON** |
| | **DEFENDANTS' MOTION TO DISMISS** |
| WELLS FARGO BANK, *et al.*, | |
| Defendants. | |

Pursuant to Civ. L.R. 6-1(b) and 6-2(a), Plaintiff Estelle Davis and Defendants GMAC Mortgage LLC and Wells Fargo Bank, National Association, Trustee, as Trustee For Series HBV 2007-3 ("GMAC and Wells Fargo"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS the hearing on Defendants GMAC and Wells Fargo's Motion to Dismiss Plaintiff's First Amended Complaint and their Motion to Strike portions of Plaintiff's First Amended Complaint is presently scheduled for June 30, 2010, and

WHEREAS, the parties have stipulated to a one-week continuance of the hearing on the foregoing motions,

IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. The hearing on GMAC and Wells Fargo's motions, previously set for June 30, 2010, shall be heard on July 7, 2010; and

2. Plaintiff Estelle Davis shall file her Opposition to GMAC and Wells Fargo's motions to dismiss and strike on June 16, 2010; and

3. Defendants GMAC and Wells Fargo shall file their reply memorandum on June 23,

2010.

This Stipulation is not requested for purposes of delay.

Dated: May 26, 2010

TRIAL & TECHNOLOGY LAW GROUP
A Professional Corporation
Counsel for Plaintiff

/s/ Robert A. Spanner
———————————————
Robert A. Spanner

Dated: May 26, 2010

SEVERSON & WERSON
A Professional Corporation
Counsel for Defendants
GMAC MORTGAGE LLC and WELLS FARGO BANK, NATIONAL ASSOCIATION, TRUSTEE, AS TRUSTEE FOR SERIES HBV 2007-3

/s/ Shaham Yaron
———————————————
Shaham Yaron

### DECLARATION OF CONSENT

I, Robert A. Spanner, hereby declare pursuant to General Order 45, §X.B, that I have obtained concurrence in the filing of this Stipulation and [Proposed] Order from Shaham Yaron, Esq.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 26th day of May, 2010.

/s/ Robert A. Spanner
———————————————
Robert A. Spanner

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

6/4/10

———————————————
U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*