JOHN B. SULLIVAN (State Bar No. 96742)
MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

YARON SHAHAM (State Bar No. 217192)
ys@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendants
GMAC MORTGAGE, LLC; WELLS FARGO BANK, NATIONAL ASSOCIATION, Trustee, as Trustee for Series HBV-2007-3

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELL DAVIS, <br><br>  Plaintiff, <br><br> vs. <br><br> WELLS FARGO BANK, NATIONAL ASSOCIATION, TRUSTEE, AS TRUSTEE FOR SERIES HBV 2007-3, an entity of unknown type; GMAC MORTGAGE, LLC, a Delaware limited liability company; JASON HAYNES, an individual; and LAKESHORE FUNDING, a business entity of unknown form, <br><br> Defendants. | Case No.: 4:10-cv-00489-PJH <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION BY AND BETWEEN DEFENDANTS WELLS FARGO, NATIONAL ASSOCIATION, TRUSTEE, AS TRUSTEE FOR SERIES HBV-2007-3 AND GMAC MORTGAGE, LLC AND PLAINTIFF ESTELL DAVIS SETTING DISPOSITIVE MOTION DEADLINE AND PERMITTING PLAINTIFF TO NOTICE DEPOSITIONS OF DEFENDANTS' PERSON MOST KNOWLEDGEABLE |

19000/0153/942025.1

Order
Case No.: 4:10-cv-00489-PJH

After considering the Stipulation filed by Defendants Wells Fargo, National Association, Trustee, as Trustee for Series HBV 2007-3 ("Wells Fargo") and GMAC Mortgage, LLC ("GMACM") (collectively, the "Defendants") and Plaintiff Estell Davis ("Plaintiff"), with the Court on or about July 14, 2011 in the above captioned case, good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Stipulation is granted;
2. Dispositive motions shall be heard by August 24, 2011; and
3. Plaintiff shall be allowed to serve her notice of Defendants' depositions of their respective Person Most Knowledgeable concerning loan portfolio review on or before Monday, July 18, 2011.  Defendants' rights are reserved concerning any objections regarding the pending depositions other than the timeliness of the deposition notices.

**IT IS SO ORDERED.**

Dated: 7/15/11 _____

_____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*