1  TRIAL & TECHNOLOGY LAW GROUP
   A PROFESSIONAL CORPORATION
2  ROBERT A. SPANNER SBN 60308
   3723 HAVEN AVENUE, SUITE 132
3  MENLO PARK, CA 94025
   PHONE: (650) 324-2223/(650) 324-2277
4  FAX: (650) 324-0178
   email - ras@techtriallaw.com
5
   Attorney for Plaintiff
6  ESTELL DAVIS

7
   JOHN B. SULLIVAN (State Bar No. 96742)
8  MARY KATE SULLIVAN (State Bar No. 180203)
   mks@severson.com
9  SEVERSON & WERSON
   A Professional Corporation
10 One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
11 Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
12
   YARON SHAHAM (State Bar No. 217192)
13 ys@severson.com
   SEVERSON & WERSON
14 A Professional Corporation
   The Atrium
15 19100 Von Karman Avenue, Suite 700
   Irvine, CA 92612
16 Telephone:  (949) 442-7110
   Facsimile:  (949) 442-7118
17
   Attorneys for Defendants
18 GMAC MORTGAGE, LLC; WELLS
   FARGO BANK, NATIONAL
19 ASSOCIATION, Trustee, as Trustee for
   Series HBV-2007-3

20
## UNITED STATES DISTRICT COURT
21
## NORTHERN DISTRICT OF CALIFORNIA
22

| | |
|---|---|
| ESTELL DAVIS,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, TRUSTEE, AS TRUSTEE FOR SERIES HBV 2007-3 *et. al.*,<br><br>    Defendants. | Case No.:  4:10-cv-00489-PJH<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION BY AND BETWEEN DEFENDANTS WELLS FARGO, NATIONAL ASSOCIATION, TRUSTEE, AS TRUSTEE FOR SERIES HBV-2007-3, GMAC MORTGAGE, LLC, AND PLAINTIFF ESTELL DAVIS RE RESETTING DISPOSITIVE MOTION HEARING DATE AND SETTING DEADLINE FOR PRODUCING DEPONENTS FOR DEPOSITION** |

19000/0153/942025.1

Order
Case No.: 4:10-cv-00489-PJH

1
2    After considering the Stipulation filed by Defendants Wells Fargo, National Association,
3    Trustee, as Trustee for Series HBV 2007-3 ("Wells Fargo"), GMAC Mortgage, LLC
4    ("GMACM") (collectively, the "Defendants") and Plaintiff Estell Davis ("Plaintiff"), with the
5    Court on or about July 26, 2011 in the above captioned case, and good cause appearing therefor,
6    **IT IS HEREBY ORDERED** that:
7        1.    The Stipulation is approved;
8        2.    Dispositive motions shall be heard on September 7, 2011; and
9        3.    Defendants shall each produce knowledgeable persons for deposition no later than
     August 9-10, 2011.

**IT IS SO ORDERED.**

Dated: _7/29/11_____    _____



UNITED STATES DISTRICT COURT
Judge Phyllis J. Hamilton