1  TRIAL & TECHNOLOGY LAW GROUP
   A PROFESSIONAL CORPORATION
2  ROBERT A. SPANNER SBN 60308
   3723 HAVEN AVENUE, SUITE 132
3  MENLO PARK, CA 94025
   PHONE: (650) 324-2277
4  FAX: (650) 324-0178
   email - ras@techtriallaw.com
5
   Attorney for Plaintiff
6  ESTELL DAVIS

7  JOHN B. SULLIVAN (State Bar No. 96742)
   MARY KATE SULLIVAN (State Bar No. 180203)
8  mks@severson.com
   SEVERSON & WERSON
9  A Professional Corporation
   One Embarcadero Center, Suite 2600
10 San Francisco, CA  94111
   Telephone:  (415) 398-3344
11 Facsimile:  (415) 956-0439

12 YARON SHAHAM (State Bar No. 217192)
   ys@severson.com
13 SEVERSON & WERSON
   A Professional Corporation
14 The Atrium
   19100 Von Karman Avenue, Suite 700
15 Irvine, CA 92612
   Telephone:  (949) 442-7110
16 Facsimile:  (949) 442-7118

17 Attorneys for Defendants
   GMAC MORTGAGE, LLC; WELLS FARGO
18 BANK, NATIONAL ASSOCIATION, Trustee,
   as Trustee for Series HBV-2007-3

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELL DAVIS,<br><br>        Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, TRUSTEE, AS TRUSTEE FOR SERIES HBV 2007-3 *et. al.,*<br><br>        Defendants. | Case No.:  4:10-cv-00489-PJH<br><br>**[PROPOSED] ORDER GRANTING STIPULATION BY AND BETWEEN DEFENDANTS WELLS FARGO, NATIONAL ASSOCIATION, TRUSTEE, AS TRUSTEE FOR SERIES HBV-2007-3, GMAC MORTGAGE, LLC, AND PLAINTIFF ESTELL DAVIS RE RESETTING DISPOSITIVE MOTION HEARING DATE AND SETTING DEADLINE FOR PRODUCING DEPONENTS FOR DEPOSITION** |

19000/0153/942025.1

Order
Case No.: 4:10-cv-00489-PJH

After considering the Stipulation filed by Defendants Wells Fargo, National Association, Trustee, as Trustee for Series HBV 2007-3 ("Wells Fargo"), GMAC Mortgage, LLC ("GMACM") (collectively, the "Defendants") and Plaintiff Estell Davis ("Plaintiff"), with the Court on or about July 31, 2011 in the above captioned case, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that**:**

    1.    The Stipulated briefing schedule (Plaintiff's Opposition on August 17, 2011 and Defendants' Reply on August 24, 2011)  is approved;

    2.    Dispositive motions shall be heard on September 7, 2011; and

    3.     Defendants shall each produce knowledgeable persons for deposition no later than August 9-10, 2011.

**IT IS SO ORDERED.**

Dated: 8/1/11

